*In re* INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ES-2016-3          *Resuelto:* 8 de julio de 2016

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 4 del Reglamento de este Tribunal, 4 LPRA Ap. XXI-B, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

*Del 1 de julio al 31 de julio de 2016*
Hon. Maite D. Oronoz Rodríguez, *presidenta*
Hon. Anabelle Rodríguez Rodríguez
Hon. Mildred G. Pabón Charneco

*Del 1 de agosto al 31 de agosto de 2016*
Hon. Roberto Feliberti Cintrón, *presidente*
Hon. Luis F. Estrella Martínez
Hon. Ángel Colón Pérez

*Del 1 de septiembre al 30 de septiembre de 2016*
Hon. Rafael L. Martínez Torres, *presidente*
Hon. Erick V. Kolthoff Caraballo
Hon. Edgardo Rivera García

En caso que sea necesario sustituir a algún Juez o alguna Jueza que no pueda intervenir en algún asunto, se seguirá el procedimiento establecido en la Regla 4 del Reglamento del Tribunal Supremo, *supra.* El Tribunal continuará emitiendo y certificando Opiniones y Sentencias durante este periodo.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

(*Fdo.*) Sonnya Isabel Ramos Zeno
*Secretaria del Tribunal Supremo Interina*